# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **THOMAS PETTY D/B/A TOM PETTY TRUCKING COMPANY** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:17-CV-2526** |
| | § | |
| **GREAT WEST CASUALTY COMPANY** | § | |
| **Defendant.** | § | |
| | § | |

**EXHIBIT "A" TO NOTICE OF REMOVAL**

**INDEX OF DOCUMENTS**

| | **Document** | **Party** | **Date Filed** |
|---|---|---|---|
| 1. | Civil Docket Sheet for CV17-0844 | Court | N/A |
| 2. | Plaintiff's Original Petition | Plaintiff | 9/5/17 |
| 3. | First Amended Petition – missing page 2 | Plaintiff | 9/7/17 |